UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FARRAH TELUSMA,            )
                           )
        Plaintiff,         )
                           )
        v.                 )  Civil Action No. 10-10814-NMG
                           )
MICHAEL ASTRUE,            )
Commissioner of Social Security, )
                           )
        Defendant.         )

REPORT AND RECOMMENDATION ON DEFENDANT'S
MOTION TO AFFIRM THE COMMISSIONER'S DECISION

July 19, 2011

Boal, M.J.

This is an action for judicial review of an administrative law judge's decision denying plaintiff Farrah Telusma's ("Telusma") applications for Social Security Disability Insurance benefits ("DIB") and Supplemental Security Income ("SSI") benefits. Telusma asserts that the Commissioner's decision denying her such benefits – memorialized in a January 25, 2008 decision of an administrative law judge ("ALJ") – is in error, [Docket No. 13], and the Commissioner, in turn, has moved to affirm [Docket No. 15].[1]  For the reasons contained herein, I recommend that the district court affirm the ALJ's decision.

---

[1] The parties' motions have been referred to this Court for a report and recommendation. See Electronic Order dated March 17, 2011.

-1-

*After consideration of plaintiff's objections thereto, Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ  8/11/11*